

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**SECOND NOTICE OF DIRECT ASSIGNMENT
FOR PRO SE AND/OR PRISONER CASES**

The Clerk's Office has not received your completed Consent/Reassignment Form.

In Section III C. of the Plan for Direct Assignment of Civil Cases to a Magistrate Judge, while consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form is <u>mandatory</u>.

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. **Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.**

Complete the enclosed Consent/Reassignment Form and return it to the Clerk's Office as instructed below.

**THE CONSENT/REASSIGNMENT FORM SHOULD BE MAILED TO THE OFFICE INDICATED BELOW WITHIN THE NEXT SEVEN (7) DAYS.**

☐ Office of the Clerk
United States District Court
655 1ˢᵗ Avenue North, Suite 130
Fargo, ND 58102

☑ Office of the Clerk
United States District Court
220 East Rosser Avenue
P.O. Box 1193
Bismarck, ND 58502-1193