IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jason Lee Tracy, ) | |
| ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| First Western Bank & Trust, ) | Case No. 1:25-cv-174 |
| ) | |
| Defendant. ) | |

Plaintiff initiated the above-captioned action with the filing of a application to proceed *in forma pauperis*, which the court granted, and pro se complaint. (Doc. No. 1, 3, and 5). When granting the application to proceed *in form pauperis*, the court directed the Clerk's office to refrain from issuing and serving all process pending further order as Plaintiff's complaint was subject to initial review pursuant to 28 U.S.C. § 1915(e)(2). (Doc. No. 3).

On October 23, 2025, Plaintiff filed an Amended Complaint. (Doc. No. 8). He also filed a motion requesting additional time to serve under Fed. R. Civ. P. 4(m). (Doc. No. 7). The court is obligated by § 1915(e)(2) to screen his pleadings prior to service. Accordingly, the court deems Plaintiff's motion (Doc. No. 7) **MOOT**. Once the court has screened Plaintiff's pleadings, it shall direct the Clerk's office to effectuate service of them as necessary.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court